

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EL PASO COUNTY WATER IMPROVEMENT DISTRICT NO. 1, | § | No. 08-16-00231-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| COMANCHE TRAIL PIPELINE, LLC, | § | (TC# 2016DCV0255) |
| Appellee. | § | |
| | § | |

# **O R D E R**

This Court has received and filed Appellant's response to this Court's order regarding the notice of removal. Because the notice of removal was filed with the trial court clerk on October 13, 2016, this Court, pursuant to 28 USCA §1446(d), "shall proceed no further unless and until the case is remanded." The parties are further notified that the appeal has been abated and removed from this Court's docket.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 20th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.